UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GOOCH, | ) | 1:06-CV-0005-AWI-DLB-P |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTIONS TO FILE |
| v. | ) | AMENDED COMPLAINT |
| | ) | (DOCS 7, 8) |
| STANISLAUS COUNTY SHERIFF, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed this civil rights action on January 3, 2006. On January 18, 2006 and January 19, 2006, plaintiff filed motions requesting permission to file an amended complaint. Plaintiff is advised that he does not need court permission to file an amended complaint prior to service on defendants. Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. Pro. 15(a). In this case, a responsive pleading has not been served. Therefore, plaintiff may file an amended complaint without leave of the court.

1

1       IT IS SO ORDERED.

2      **Dated:     January 23, 2006**                    **/s/ Dennis L. Beck**
   3c0hj8                                                     UNITED STATES MAGISTRATE JUDGE